COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-11-00075-CV |
| § | Appeal from the |
| IN THE INTEREST OF J.J., J.J., AND § | |
| J.J., CHILDREN | 65th Judicial District Court |
| § | of El Paso County, Texas |
| § | (TC# 2003CM6486) |
| § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to non-suit notice of appeal, which we construe as a motion to dismiss. The motion is granted, and this appeal is dismissed. *See* TEX.R.APP.P. 42.1(a)(1). Costs of appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).

June 29, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.